JOHN SMELSER ET AL. *v.* THE STATE.

Where the verdict was wholly unsupported by evidence a new trial ought to have been granted.

APPEAL from Brazoria. The case was tried before Hon. BENJAMIN SHROPSHIRE, one of the district judges.

The defendant, John Smelser, a white man, and Mary Ann Fraulis, a freed woman, were indicted under article 392 of the Criminal Code [Paschal's Dig., Art. 2022] for living together in a state of fornication. The defendants pleaded not guilty, but they were convicted, and each fined $100. A motion for a new trial was overruled, and the case turned upon the sufficiency of the proof to convict. There was proof that the parties lived together in the same house, but occupied different rooms. There was no other proof to sustain the verdict, except that the woman had been the other defendant's slave, was nearly white, and wore short hair.

No brief for the appellants has been furnished to the *Reporter*.

*E. B. Turner, Attorney General*, for the state, did not believe this conviction supported by any testimony.

LINDSAY, J.—The facts exhibited in the record of this case do not warrant the verdict of the jury. The judgment therefore is

REVERSED.